cuit denied. , *Solicitor General Beck* and *Mr. J. Frank Staley,* Special Assistant to the Attorney General, for the United States. *Messrs. E. Willoughby Middleton, Alfred Huger* and *Julian Mitchell* for respondents.

———

No. 948. BAUER COOPERAGE COMPANY *v.* EDGAR STARK, EXECUTOR, ETC.;

No. 949. BAUER COOPERAGE COMPANY *v.* UNION SAVINGS BANK & TRUST COMPANY;

No. 950. BAUER COOPERAGE COMPANY *v.* LAWRENCE MAXWELL COMPANY; and

No. 951. BAUER COOPERAGE COMPANY *v.* EDGAR STARK, EXECUTOR, ETC. March 23, 1925. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Murray Seasongood* for petitioners. No appearance for respondents.

———

No. 953. NICK CHOLSKOS *v.* UNITED STATES. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Francis B. Kavanaugh* for petitioner. No appearance for respondent.

———

No. 959. MARCUS GARVEY *v.* UNITED STATES. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George Gordon Battle* for petitioner. *Solicitor General Beck* and *Assistant Attorney General Donovan* for the United States.

———

No. 696. JOHN C. PARKER *v.* STATE OF TEXAS. April 13, 1925. Petition for a writ of certiorari herein to the Court of Criminal Appeals of the State of Texas dismissed